IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
COLLUCCI JACKSON MYERS,      )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:20cv849-MHT
                             )               (WO)
ALABAMA DEPARTMENT OF        )
TRANSPORTATION and STATE     )
OF ALABAMA PERSONNEL         )
DEPARTMENT,                  )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 34) are overruled, and the motion for leave to file a second amended complaint (Doc. 34) is denied as futile.

(2) The United States Magistrate Judge's recommendation (Doc. 29) is adopted.

(3) This lawsuit is dismissed for failure to state a claim on which relief may be granted pursuant to 28

U.S.C. § 1915(e)(2)(B).

(4) All other pending motions are denied as moot.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 18th day of April, 2022.

                                            /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**